Case 1:21-sw-00191-GMH Document 1 Filed 07/07/21 Page 1 of 14
AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

AUSA:

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
EIGHT U.S. POSTAL PARCELS LOCATED AT THE ) Case No. 21-sw-191
WASHINGTON, DC PROCESSING AND )
DISTRIBUTION CENTER IN WASHINGTON, DC )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A

located in the _____ District of Columbia, there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the Intent to Distribute Controlled Dangerous Substances |
| 21 U.S.C. § 843(b) | Transportation of Controlled Dangerous Substances via the Unites States Mail |
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Dangerous Substances |

The application is based on these facts:

Please see the Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days *(give exact ending date if more than 30 days:* ___ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Andrey Taveira Da Silva, USPIS Postal Inspector
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: July 7, 2021

*Judge's signature*

City and state: Washington, DC    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☒ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 21-sw-191
EIGHT U.S. POSTAL PARCELS LOCATED AT THE )
WASHINGTON, DC PROCESSING AND )
DISTRIBUTION CENTER IN WASHINGTON, DC )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____   District of   Columbia
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   July 20, 2021   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   G. Michael Harvey   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   July 7, 2021
                                                                                    *Judge's signature*

City and state:   Washington, DC            G. Michael Harvey, U.S. Magistrate Judge
                                                                             *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>21-sw-191 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).<br><br><br>Date: _____                                          _____<br>                                                                                                                                      *Executing officer's signature*<br><br>                                                                                                           _____<br>                                                                                                                                           *Printed name and title* |

# ATTACHMENT A
*Property to be searched*

The item to be searched is specifically identified as the following parcel:

| *Subject Parcel* | *Express (E) or Priority (P) and Tracking ID number* | *From: Name and Address* | *To: Name and Address* |
|---|---|---|---|
| 1. | (P) 9505 5065 6461 1179 3802 63 | No Name or Sender Address on Parcel | 2901 32ND ST SE Washington DC 20020-1453 |
| 2. | (P) 9505 5065 6461 1179 3802 49 | No Name or Sender Address on Parcel | 2901 32ND ST SE Washington DC 20020-1453 |
| 3. | (P) 9505 5065 6461 1179 3802 25 | No Name or Sender Address on Parcel | 114 MICHIGAN AVE NE APT 43H Washington DC 20017-4305 |
| 4. | (P) 9505 5065 6461 1179 3802 01 | No Name or Sender Address on Parcel | 114 MICHIGAN AVE NE APT 43H Washington DC 20017-4305 |
| 5. | (P) 9505 5065 6461 1179 3803 24 | No Name or Sender Address on Parcel | 2422 ELVANS RD SE APT 203 Washington DC 20020-3587 |
| 6. | (P) 9505 5065 6461 1179 3803 48 | No Name or Sender Address on Parcel | 2422 ELVANS RD SE APT 203 Washington DC 20020-3587 |
| 7. | (P) 9505 5065 6461 1179 3803 00 | No Name or Sender Address on Parcel | 2424 ELVANS RD SE APT 201 Washington DC 20020-3588 |
| 8. | (P) 9505 5065 6461 1179 3802 87 | No Name or Sender Address on Parcel | 2424 ELVANS RD SE APT 201 Washington DC 20020-3588 |

The aforementioned parcels are currently located at the Washington, DC Processing and Distribution Center in Washington, DC 20066.

## ATTACHMENT B:

## DESCRIPTION OF ITEMS TO BE SEIZED

All records and information that constitute fruits, evidence, and instrumentalities of violations of 21 U.S.C. §§ 841 and 846, and 21 U.S.C. § 843(b), including but not limited to:

a. Narcotics or other controlled substances;

b. Narcotics trafficking paraphernalia;

c. United States currency or other financial instruments;

d. Records related to narcotics suppliers, customers, and co-conspirators, and related identifying information;

e. Types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

f. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information); and

g. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**EIGHT U.S. POSTAL PARCELS LOCATED AT THE WASHINGTON, DC PROCESSING AND DISTRIBUTION CENTER, WASHINGTON, DC** | Case No. 21-sw-191 |

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR A SEARCH WARRANT FOR U.S. POSTAL PARCEL**

Your Affiant, Andrey Taveira Da Silva, United States Postal Inspector, Washington DC, being duly sworn, hereby deposes and states as follows:

**I.   Subject Parcels**

1.   This is an Affidavit submitted in support of an application for a search warrant for eight (8) subject U.S. Mail Parcels, hereinafter "Subject Parcels." This Subject Parcels are currently located at the Washington, DC Processing and Distribution Center in Washington, DC 20066. Based on the facts set forth below, I submit there is probable cause to believe that the Subject Parcels contains evidence of violations of 21 U.S.C. §§ 841(a)(1) (drug trafficking), 843(b) (drug trafficking by mail), and 846 (drug trafficking conspiracy). The Subject Parcels are specifically identified as follows:

| Subject Parcel | *Express (E) or Priority (P) and Tracking ID number* | *From:*<br>*Name and Address* | *To:*<br>*Name and Address* |
|---|---|---|---|
| 1. | (P) 9505 5065 6461 1179 3802 63 | No Name or Sender Address on Parcel | 2901 32ND ST SE<br>Washington DC 20020-1453 |

| 2. | (P) 9505 5065 6461 1179 3802 49 | No Name or Sender Address on Parcel | 2901 32ND ST SE<br>Washington DC 20020-1453 |
|---|---|---|---|
| 3. | (P) 9505 5065 6461 1179 3802 25 | No Name or Sender Address on Parcel | 114 MICHIGAN AVE NE APT 43H<br>Washington DC 20017-4305 |
| 4. | (P) 9505 5065 6461 1179 3802 01 | No Name or Sender Address on Parcel | 114 MICHIGAN AVE NE APT 43H<br>Washington DC 20017-4305 |
| 5. | (P) 9505 5065 6461 1179 3803 24 | No Name or Sender Address on Parcel | 2422 ELVANS RD SE APT 203<br>Washington DC 20020-3587 |
| 6. | (P) 9505 5065 6461 1179 3803 48 | No Name or Sender Address on Parcel | 2422 ELVANS RD SE APT 203<br>Washington DC 20020-3587 |
| 7. | (P) 9505 5065 6461 1179 3803 00 | No Name or Sender Address on Parcel | 2424 ELVANS RD SE APT 201<br>Washington DC 20020-3588 |
| 8. | (P) 9505 5065 6461 1179 3802 87 | No Name or Sender Address on Parcel | 2424 ELVANS RD SE APT 201<br>Washington DC 20020-3588 |

2. The facts set forth in this Affidavit are based on my personal knowledge as well as that of other law enforcement officers involved in this investigation. All observations that were not made personally by me were relayed to me by persons with personal knowledge. This Affidavit contains only that information which is necessary to establish probable cause to support the requested search warrant. It is not intended to include each and every fact observed by or made known to law enforcement.

## II. Affiant's Training and Experience

3. I, Andrey Taveira Da Silva, have been a United States Postal Inspector since February 2015 and have completed 12 weeks of basic investigative training in Potomac, Maryland,

which included various aspects of federal law enforcement including the investigation of narcotics-related offenses. As part of my duties as a United States Postal Inspector, I investigate the use of the U.S. Mails and private parcel carriers, to illegally transport controlled substances and drug trafficking instrumentalities, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846. I have participated in numerous interdictions, control deliveries, seizures, and search warrants, which resulted in criminal arrest and prosecution. I am assigned to the Washington, DC and Southern Maryland Contraband Interdiction and Investigations ("CI2") Team. This team investigates cases in which the mail and private parcel carriers used to transport controlled substances. As a result, I am familiar with the use, effects, distribution techniques, appearance, methods of manufacture of controlled substances, and I am aware that Priority Mail Express and Priority Mail services are regularly used by narcotic traffickers to ship controlled substances and bulk cash through the U.S. Mail.

4.  Based upon my training and experience in the field of narcotic interdiction through the mail, I know that there are suspicious characteristics common to many packages that contain narcotics, controlled substances or the proceeds thereof (*i.e.* U.S. currency). These factors, more fully detailed below, are used to identify packages requiring further investigation. In the case of this search warrant, several of these factors were identified for the parcel, which was alerted to by the drug detection canine. The most common factors or suspicious characteristics routinely observed in the course of screening packages are as follows:

a. *Contrasts observed between legitimate business parcels and drug parcels*: As an alternative to First Class Mail (which does not provide a customer with the capability to track the progress of a parcel through the system), the U.S. Postal Service offers Priority Mail Express and Priority Mail. Priority Mail Express is guaranteed (money back) to be delivered on a set date and

time, usually overnight. (That deadline is determined at the time of mailing.) The customer receives a receipt with this guaranteed information, and the sender can opt for a signature requirement at the other end or not. Customers can track the parcel on line by its distinct Priority Mail Express tracking number. The weight of the package and the distance traveled are the two main factors in setting the price. Priority Mail Express costs more than Priority Mail. Priority Mail has a delivery service standard of 1-3 business days, but delivery within that time period is not guaranteed. Priority Mail is a less expensive alternative to Priority Mail Express, but still provides the ability to track a parcel. Legitimate businesses using Priority Mail Express typically have a business or corporate account visible on the mailing label, which covers the cost of the mailing. In contrast, the drug distributor will pay for the cost of mailing the package at the counter by using cash or a credit card. Business Priority Mail Express parcels typically weigh no more than 8 ounces, and business Priority Mail parcels typically weigh no more than 2 pounds. Drug packages typically exceed these weights. Address labels on business parcels are typically typed, whereas those on drug packages are typically hand written. In your Affiant's experience, it is fairly easy to separate out smaller parcels, which constitute 70% to 80% of all Priority Mail Express and Priority Mail parcels, from other, heavier parcels. Typically, drug traffickers use Priority Mail Express, and will opt out of the requirement of obtaining a signature upon delivery.

      b.    *Invalid Sender/Return Address*: When drugs are shipped through the mail, the senders generally do not want them back. To distance themselves from parcels containing drugs, often the return addresses and the names of senders are fictitious or false. A fictitious or false address is anything from an incorrect zip code, to a non-existent house number or street. The name of the sender is also typically invalid in one of several ways. Your Affiant has seen packages sent by persons with names of celebrities, cartoon characters, or fictional names. More often a

search of a law enforcement database reflects that there is no association between the name of the sender and the address provided.

        c.    *Invalid Recipient/Address*:  It would be counter-productive to put the wrong receiving address on a package, but often the named recipient is not actually associated with the receiving address.  This allows the person receiving the package to claim that they did not know about its contents.  Sometimes drug packages are addressed to vacant properties with the expectation that the postal carrier will just leave it at the address.  The intended recipient will then retrieve it from that location and hope to remain anonymous.

        d.    *Location of Sender*:  The fact that a package was sent from narcotics source states such as Arizona, California, Texas, Nevada, Washington, Colorado, Puerto Rico and Florida (among others, including countries such as China, Netherlands, and various African nations)  can also indicate that the parcel contains controlled substances.

        e.    *Smell*:  The odor of cocaine, marijuana, and methamphetamine are distinct, and through experience postal inspectors are familiar with these odors.  On occasion, a parcel will emit an odor that is easily recognized without the assistance of a canine.  Other smells that suggest that a parcel may contain narcotics include the aroma of masking agents.  Common masking agents used in an attempt to thwart detection by law enforcement and canines typically include dryer sheets, coffee, mustard, and any other substance that releases a strong smell.

        f.    *Heavy Taping*:  Heavily taped parcels are another factor that will suggest a drug parcel, because narcotics parcels are heavily taped in an effort to keep the smell inside and to forestall easy checking on the interior contents by lifting up a flap.  For this reason, your Affiant has also observed excessive glue on the flaps of narcotics parcels as well.

g. *Click-N-Ship*: The U.S. Postal Service created Click-N-Ship as a service for frequent mailers and businesses who prefer printing address labels and purchasing postage from their residence or business. Drug traffickers create Click-N-Ship accounts as a means of giving a legitimate appearance to their drug mailings. They create the accounts using fictitious account information and often provide pre-paid credit cards as a means of payment, which are difficult to track. Drug traffickers often use legitimate business return addresses in states other than California and Arizona as a means to deter detection, as these other states are not usually considered "source" states for controlled substances. The postage labels are printed/typed, unlike the typical drug related mailing label which is handwritten.

5. It is your Affiant's experience that when these factors are observed, a drug detection canine will likely "alert" next to the parcel, indicating that the dog has detected the odor of narcotics. As a result, these factors become a reliable way to profile the parcels being shipped every day.

### III. Probable Cause

6. On June 29, 2021, your Affiant identified the Subject Parcels as inbound to the target locations from Tarzana, CA. Through my training and experience your Affiant knows the area to be a source of narcotics to include marijuana, methamphetamine, and cocaine. Additionally, all of the Subject Parcels had no listed recipient name nor did they have a listed return address. Through training and experience, your Affiant knows this to be consistent with parcels containing narcotics that are shipped through the US Mail.

7. On July 1, 2021, the Subject Parcels was removed from the mail stream. The following factors or suspicious characteristics are present on the Subject Parcels:

| Subject Parcel Express or Priority | From Source State: | Weight: | Label: | Senders name associated with address? Yes / No | Recipients name associated with address? Yes / No | Canine Alert? |
|---|---|---|---|---|---|---|
| Priority | Yes – CA | 15 lbs 8.8 oz. | 9505 5065 6461 1179 3802 63 | No Name or Sender Address on Parcel | No Name on Parcel | Yes |
| Priority | Yes – CA | 9 lbs 9.8 oz. | 9505 5065 6461 1179 3802 49 | No Name or Sender Address on Parcel | No Name on Parcel | Yes |
| Priority | Yes – CA | 16 lbs 12.6 oz. | 9505 5065 6461 1179 3802 25 | No Name or Sender Address on Parcel | No Name on Parcel | Yes |
| Priority | Yes – CA | 17 lbs 3.2 oz. | 9505 5065 6461 1179 3802 01 | No Name or Sender Address on Parcel | No Name on Parcel | Yes |
| Priority | Yes – CA | 16 lbs 4.2 oz. | 9505 5065 6461 1179 3802 24 | No Name or Sender Address on Parcel | No Name on Parcel | Yes |
| Priority | Yes – CA | 17 lbs 7.8 oz. | 9505 5065 6461 1179 3803 48 | No Name or Sender Address on Parcel | No Name on Parcel | Yes |
| Priority | Yes – CA | 17 lbs 7.4 oz. | 9505 5065 6461 1179 3803 00 | No Name or Sender Address on Parcel | No Name on Parcel | Yes |

| Priority | Yes – CA | 17 lbs 3.2 oz. | 9505 5065 6461 1179 3802 87 | No Name or Sender Address on Parcel | No Name on Parcel | Yes |

8. On July 2, 2021, the Subject Parcels were placed in an open area amongst empty dummy parcels at a U.S. Postal Inspection Service Domicile Office. At that time, narcotic detection canine, Max[1], was brought forward to scan the boxes, which included the Subject Parcels. The canine handler for Max, Detective Vincent Witkowski (Washington DC Metropolitan Police), observed Max and then informed law enforcement agents that Max alerted to the odor of narcotics in the Subject Parcels.

10. Your Affiant submits that based upon the above indicators reflected in the Subject Parcels described herein, based upon my training and experience, and based upon the alert of the trained canine on the Subject Parcels, the Affiant believes there is probable cause that the above-described Subject Parcels contain narcotics, controlled substances, the proceeds thereof, or the other items listed in Attachment B.

---

[1] Max was most recently certified in June 17, 2021, to alert on odors of marijuana (THC), cocaine, heroin, ecstasy (MDMA), and methamphetamine and is trained to ensure his accuracy. Detective Vincent Witkowski, Washington DC Metropolitan Police, is the handler for Max.

**VI.     Conclusion**

11.     Based on the forgoing, I request that the Court issue the proposed search warrant.

Respectfully submitted,

Andrey Taveira Da Silva
U.S. Postal Inspector
U.S. Postal Inspection Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this 7th day of July, 2021.

_____

The Honorable G. Michael Harvey
U.S. Magistrate Judge